## 17729.  JORDAN v. THE STATE.

BROYLES, C. J.  The motion for a new trial contained the usual general grounds only; the evidence, while in sharp conflict, authorized the verdict, and the refusal to grant a new trial was not error.

*Judgment affirmed. Luke, J., concurs. Bloodworth, J., absent on account of illness.*

DECIDED JANUARY 11, 1927.  REHEARING DENIED FEBRUARY 23, 1927.

Larceny of hog; from Colquitt superior court—Judge W. E. Thomas.    October 15, 1926.

*James L. Dowling,* for plaintiff in error.

*Clifford E. Hay, solicitor-general,* contra.

Criminal Law, 17 C. J. p. 249, n. 3; p. 264, n. 89.